UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIPMAN CORPORATION; CHIPMAN MOVING & STORAGE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | NO. 26-2-cv-03227<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT FEDERAL INSURANCE COMPANY UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

THIS MATTER having come before the Court on Defendant's Unopposed Motion to extend time to respond to Plaintiffs' First Amended Complaint, and the Court being fully advised, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time for Defendant Federal Insurance Company to respond to Plaintiffs' First Amended Complaint is extended until October 19, 2026.

DATED this 6th day of October, 2026.

HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

*Presented by:*

GORDON REES SCULLY
MANSUKHANI, LLP

By: *s/Sally S. Kim*
Sally S. Kim, WSBA #35289
Scott L. Schmookler, Pro Hac Vice
*Attorneys for Defendant Federal Insurance Company*



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822